1 | John E. Virga, Esq.  (State Bar # 39451)
  | Megan Virga, Esq.   (State Bar #224820)
2 | **JOHN E. VIRGA, INC**.
  | A Professional Corporation
3 | 721 Eleventh Street
  | Sacramento, CA  95814
4 | Telephone:  (916) 444-6595
  | Facsimile:   (916) 444-3318

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.  2:10 - CR - 0309   GGH |
|---|---|
| Plaintiff, | **STIPULATION  AND  ORDER CONTINUING HEARING** |
| vs. | |
| MICHAEL A. FIGUEROA | Court:    Hon. Gregory G. Hollows<br>Time:     9:00 a.m.<br>Date:     September 20, 2010 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Matthew C. Stegman, counsel for the plaintiff, United States of America, and defendant Michael A. Figueroa, through his counsel John E. Virga, Esq., that good cause exists to extend the  hearing currently set for September 20, 2010,  at 9:00 a.m., to October  18, 2010, at 9:00 a.m.,  and the  parties agree that a continuance of the hearing date will not prejudice either of them.

Dated: September 21, 2010

/s/ John E. Virga
JOHN E. VIRGA
Counsel for Defendant, Michael A. Figueroa

Dated:  September 21, 2010

 /s/  Todd  D.  Laras  for Matthew  C.  Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

- 1 -

**ORDER**

Based upon the representations by counsel and the stipulation of the parties,
**IT IS HEREBY ORDERED** that:

The hearing date of September 20, 2010, at 9:00 a.m. is vacated, and continued until October 18, 2010, at 9:00 a.m.

Dated:   September 20, 2010.

/s/ Gregory G. Hollows

Honorable GREGORY G. HOLLOWS
United States Magistrate Judge
Eastern District of California

figueroa.ord