```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  ROBERT D. SWEETIN
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2806
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   Cr. No. 10-0309 GGH
                                )
12          Plaintiff,          )   Amended Stipulation and Order
                                )
13     v.                       )   Date:  March 28, 2010
                                )   Time:  2:00 a.m.
14  MICHAEL A. FIGUEROA,        )   Judge: Hon. Gregory G. Hollows
                                )
15          Defendant.          )
                                )
16  _____)
17       It is hereby stipulated and agreed between the United States
18  and the defendant, MICHAEL A. FIGUEROA, by and through his
19  undersigned counsel, JOHN CASEY, that the previously scheduled
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

trial confirmation hearing set for March 28, 2011 be vacated and that a Change of Plea be held on April 18, 2011, the date currently set for Jury Trial.

DATED: March 28, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Rachana Shah for
JILL THOMAS
Assistant U.S. Attorney

DATED: March 28, 2010

By: /s/ John Casey
JOHN CASEY
Attorney for Defendant
Michael A. Figueroa

O R D E R

IT IS SO ORDERED:

DATED: March 29, 2011

/s/ Gregory G. Hollows
United States Magistrate Judge